PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Dante Dixon　　　　　　　　　　**Docket Number:** 01-00090-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　01-00099-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　**PACTS Number:** 27189

**Name of Sentencing Judicial Officer:** The Honorable Joseph A. Greenaway, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge

**Date of Original Sentence:** 10/09/01; Re-Sentenced on 01/16/03

**Original Offense:** Conspiracy to Commit Credit Card Fraud (Docket No. 01-00090-001); Conspiracy to Commit Credit Card Fraud (Docket No. 01-00099-001)

**Original Sentence :** 10/09/01: 75 months imprisonment; 3 years supervised release; $1,558,824.40 in restitution (Concurrent on each count for Docket No. 01-00090-001 and Docket No. 01-00099-001). 01/16/03: Resentenced to 60 months imprisonment; 3 years supervised release; $1,558,824.40 in restitution (Docket No. 01-00090-001). Resentenced to 15 months imprisonment; 3 years supervised release; $1,558,824.40 in restitution (Docket No. 01-00099-001). Sentences for both dockets imposed to run concurrent.

**Type of Supervision:** Supervised Release　　　　　　**Date Supervision Commenced:** 05/07/07

**Assistant U.S. Attorney:** Andrew Kogan, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Tim McInnis, 521 Fifth Avenue, Suite 1700, New York, New York 10175, (212) 292-4573

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states **'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'** |
| | Information received by Dixon's supervising United States Probation Officer revealed that Dixon had maintained contact with Richard Lane Stahl, a convicted |

federal offender, via electronic mail, subsequent to their respective releases from custody. Their communication led to their engaging in a conspiracy to defraud two victims out of a substantial amount of money (refer to Violation Number 2).

2     The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

From approximately June 11, 2007 through December 31, 2008, Dixon, together with Richard Lane Stahl, committed the crimes of Grand Larceny in the First Degree and Scheme to Defraud in the First Degree, violations of New York State Penal Laws 155.40 and 190.65, respectively, and Wire Fraud, a violation of 18 U.S.C. § 1343, by defrauding two victims, Clarence Newcomer and Julia Batten, out of approximately $184,606.

3     The offender has violated the supervision condition which states '**The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.**'

Between June 11, 2007 and December 31, 2008, a total of $139,606 was wired into an account held by Dixon at JP Morgan Chase. Dixon never reported the existence of this account, nor the monies received, on any of his Monthly Supervision Reports or financial statements he was required to submit to the Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 8/31/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: October 21, 2009 at 10:00 am.
[ ] No Action
[ ] Other

Signature of Judicial Officer

9-24-09
Date