UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA, : Criminal Number: 01-90-01 (JAG)

V.

ORDER

DANTE DIXON,

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on the day 4th of DECEMBER, 2009

ORDERED that Donald McCauley, Esq., from the Office of the Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR. U.S.D.J.