UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: 01-90-01 |
| v. | O R D E R |
| DANTE DIXON, | |

The defendant having filed a motion to suspend restitution until release from federal custody and to amend judgment of conviction,

It is on the day 17th of MARCH, 2010

ORDERED that defendant's motion to suspend restitution and to amend the judgment of conviction is hereby denied.

                                              S/Joseph A. Greenaway, Jr.
                                              JOSEPH A. GREENAWAY, JR. USCJ.*

                                                    *sitting by designation