**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **CHRISTOPHER MALONEY**<br>CHIEF PROBATION OFFICER<br><br>**WILFREDO TORRES**<br>SENIOR DEPUTY CHIEF PROBATION OFFICER<br><br>DEPUTY CHIEF PROBATION OFFICER<br>**THOMAS C. MILLER** | May 5, 2010 | SUPERVISION UNIT<br>20 WASHINGTON PLACE<br>6TH FLOOR<br>NEWARK, NJ 07102-3172<br>(973) 645-6161<br>FAX: (973) 645-2155<br><br>www.njp.uscourts.gov |

The Honorable Dickinson R. Debevoise
Senior District Court Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, New Jersey 07102-0999

                                       **RE: Dante Dixon**
                                       **Docket Nos. 01-CR-00090-001**
                                                  **01-CR-00099-001**

Dear Judge Debevoise,

On October 9, 2001, Dante Dixon was sentenced by the Honorable Joseph A. Greenaway to 75-months incarceration followed by a three-year term of supervised release for the offenses of Conspiracy to Commit Credit Card Fraud (concurrent on each count for Docket Nos. 01-00090-001 and 01-00099-001). Additionally, the offender was ordered to pay restitution in the amount of $1,558,824.40, and abide by the special conditions of financial disclosure and no new debt.

On January 16, 2003, the offender was resentenced by Judge Greenaway to 60 months imprisonment and three years supervised release under Docket No. 01-00090-001, and 15 months imprisonment and three years supervised release under Docket No. 01-00099-001. The original restitution order, as well as special conditions, remained unchanged for both dockets, and the sentences were imposed to run concurrent.

On August 31, 2009, a Petition for Warrant or Summons for Offender Under Supervision, as well as a Violation of Supervised Release report, was submitted to the Court detailing the offender's noncompliance and violations of supervised release. On October 21, 2009, the offender appeared, via summons, before Judge Greenaway to address the violation charges. Following this appearance, the offender was released on his own recognizance with no special instructions provided by the Court. Since that time, several court appearances have been adjourned and, given Judge Greenaway's recent promotion to the Appellate Court, the case remained pending until recently assigned to Your Honor.

Given his residence in Brooklyn, New York, the offender was being supervised by the United States Probation Office in the Eastern District of New York. However, the offender has not been actively supervised by Eastern District of New York since the offender's initial appearance on October 21, 2009. It is the policy of that District to seek direction from the Court regarding continued, active supervision of an offender once a summons and violation has been filed.

The Honorable Dickinson R. Debevoise
Page 2
May 5, 2010

At this juncture, we ask Your Honor to make a determination regarding whether or not the Eastern District of New York should actively supervise the offender while his violation matter remains pending. We will make ourselves readily available should Your Honor wish to discuss this matter, so please do not hesitate to contact the undersigned probation officer at (973) 645-4666.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Gisella M. Bassolino
U.S. Probation Officer

THE COURT ORDERS:

[X] Continued active supervision of the offender during pending violation matter
[ ] No active supervision of the offender during pending violation matter
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

May 7, 2010
_____
Date