UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : HON. DICKINSON R. DEBEVOISE |
| v. | : Crim. No. 01-90 (DRD) |
| | : Crim. No. 01-99 (DRD) |
| DANTE DIXON | : **O R D E R** |

This matter having come before the Court upon allegations that the defendant, Dante Dixon, violated certain conditions of his supervised release in the above-referenced dockets; and the defendant having appeared on July 7, 2010, and entered a plea of guilty to Violation Number One of the Petition for Warrant or Summons; and the parties having agreed on the record that: (a) a sentence within the advisory guideline range of seven to thirteen months' imprisonment is reasonable; (b) neither party shall argue for a sentence outside this advisory guideline range; (c) the United States reserved the right to seek the imposition of a period of supervised release following imprisonment while the defendant reserved the right to argue that the Court should not impose a period of supervised release following imprisonment; (d) these agreements are not binding on the Court; and (e) both parties waive their right to appeal or collaterally attack the Court's sentence if the sentence is within the advisory guideline range, that is seven to thirteen months' imprisonment, even if it includes a statutorily permissible period of supervised release; and the Court having heard arguments on August 17, 2010, by the Government (by Andrew D. Kogan, Assistant U.S. Attorney, appearing), and by the defendant (by Donald McCauley, A.F.P.D., appearing); and the Court having heard from the defendant's mother and aunt during the sentencing hearing on August 17, 2010, and for good cause shown,

IT IS, on this 17th day of August 2010,

ORDERED that the defendant's term of supervised release is hereby revoked; and it is further

ORDERED the defendant is hereby sentenced to serve a period of seven months' imprisonment; and it is further

ORDERED that the defendant is hereby sentenced to serve a period of one year of supervised release following the seven month term of imprisonment; and it is further

ORDERED that this sentence shall be applicable to both underlying dockets and that the sentences shall run concurrent to each other; and it is further

ORDERED that the Court hereby recommends that the Bureau of Prison designate either FPC Montgomery or FPC Pensacola as the facility at which defendant shall serve his period of incarceration.

ORDERED that Violation Two and Violation Three of the Petition for Warrant or Summons are hereby dismissed.

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge