IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. DICKINSON R. DEBEVOISE |
| | : | UNITED STATES DISTRICT JUDGE |
| v. | : | CRIMINAL NO. 01-00090-001 |
| | : | |
| DANTE DIXON | : | **ORDER EXTENDING DATE OF VOLUNTARY SURRENDER** |

This matter having been opened to the Court by the Defendant, Dante Dixon, by his attorney, Donald J. McCauley, Esq., Assistant Federal Public Defender and the United States Attorney for the District of New Jersey (Andrew D. Kogan, Esq., Assistant U.S. Attorney appearing) for an Order extending the time in which Defendant must Voluntarily Surrender to the designated Federal Correctional Institution located at Fort Dix, 5756 Hartford and Pointvile Roads, Fort Dix, New Jersey to begin serving his sentence of imprisonment, and the Court having considered the arguments of counsel and for good cause shown;

WHEREFORE, it is on this 5th day of October, 2010,

HEREBY ORDERED that Dante Dixon's date of Voluntary Surrender to the Federal Correctional Institution located at Fort Dix, 5756 Hartford and Pointvile Roads, Fort Dix, New Jersey is hereby extended from at or about NOON on Wednesday, October 27, 2010 to at or about NOON on Monday, January 3, 2011. All other conditions of Mr. Dixon's bail pending surrender to the designated institution shall remain in effect.

_____
HONORABLE DICKINSON R. DEBEVOISE
UNITED STATES DISTRICT JUDGE