# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**DICKINSON R. DEBEVOISE**
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & COURTHOUSE
50 WALNUT ST., ROOM 5083
P.O. BOX 999
NEWARK, NJ 07101-0999
973-645-6121

December 21, 2010

Ms. Marybeth Wohl
Administrative Assistant
United States Probation Office
50 Walnut Street, Room 1005
Newark, New Jersey 07101

    Re:    **U.S. v. Dante G. Dixon**
                 **Crim. No. 01-90-001 (DRD)**

Dear Ms. Wohl:

    At his request I have granted Mr. Dixon a six week extension of his time to report to serve his seven months sentence imposed on August 17, 2010. The reporting date will be extended from January 3, 2011 to February 14, 2011. I would appreciate it if you would notify the appropriate persons.

                                          Very truly yours,

                                          Dickinson R. Debevoise
                                          U.S.S.D.J.

cc:    Mr. Dante G. Dixon
        Andrew D. Cogan, AUSA
        Donald McCauley, AFPD
        James H. Feldman, Jr., Esq.
DRD/cds