UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. DICKINSON R. DEBEVOISE |
| v. | : | Crim. No. 01-90 (DRD) |
| DANTE DIXON | : | **O R D E R** |

This matter having come before the Court upon allegations that the defendant, Dante Dixon (Lorraine S. Gauli-Rufo, A.F.P.D., appearing), violated certain conditions of his supervised release in Criminal No. 01-90 (DRD); and the defendant having appeared on March 18, 2013, and entered a plea of guilty to Violation Number Three (3) of the Second Petition for Warrant or Summons; and the Court having heard arguments on May 6, 2013, by the Government (by Andrew D. Kogan, Assistant U.S. Attorney, appearing), and defense counsel; and the Court having heard from the defendant during the sentencing hearing on May 6, 2013; and for good cause shown,

IT IS, on this 8th day of May 2013,

ORDERED that the defendant's term of supervised release is hereby revoked; and it is further

ORDERED that the defendant is hereby sentenced to serve a period of twelve months and one day imprisonment; and it is further

ORDERED that the defendant shall surrender to the Bureau of Prisons no later that 2:00 p.m., Eastern Standard Time, on August 19, 2013; and it is further

ORDERED that the Court hereby recommends that the Bureau of Prisons designate FPC Pensacola as the facility at which defendant shall serve his period of incarceration; and it is further

ORDERED that the remaining violations of supervised release in this docket, Criminal No. 01-90 (DRD), and any present alleged violation of supervised release contained in the Criminal Docket, Criminal No. 01-99 (DRD), are hereby dismissed.

HON. DICKINSON R. DEBEVOISE
United States District Judge